IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WILLIAM MABRY,

    Plaintiff,

v.                                           Civil Action No. 1-05-1123-T An

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

---

**ORDER EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

---

Defendant Unum Life Insurance Company of America has requested an additional thirty (30) days, or until June 24, 2005, within which to file a responsive pleading in this matter. For good cause shown, the Motion is hereby granted. Defendant shall have until June 24, 2005 within which to file a responsive pleading.

SO ORDERED this 27th day of May, 2005.

_S. Thomas Anderson_ USMJ
UNITED STATES ~~DISTRICT~~ COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01123 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT