IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WILLIAM MABRY,

    Plaintiff,

v.                                        Civil Action No. 1-05-1123-T An

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

## ORDER GRANTING MOTION TO
## AMEND RULE 16(b) SCHEDULING ORDER

Plaintiff William Mabry and Defendant Unum Life Insurance Company of America have jointly moved to amend the scheduling order entered in this case to extend the dispositive motion deadline, currently November 15, 2005, thirty (30) days so that they may explore the possibility of settlement. For good cause shown, the motion is hereby granted. The scheduling order is hereby amended to provide for a dispositive motion deadline of December 15, 2005.

SO ORDERED this _14th_ day of _November_, 2005.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _11/17/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01123 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT