

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIAM MABRY,

    Plaintiff,

v.                                               Civil Action No. 1-05-1123-T An

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned matter have represented to the Court that they have settled and compromised the instant lawsuit. Accordingly, Plaintiff's Complaint, and all causes of action alleged therein, are hereby dismissed with prejudice.

SO ORDERED this 19th day of December, 2005.

_____
JAMES D. TODD
Chief United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/22/05

11

APPROVED:

*Lisa A Krupicha by JSG w/ permission on 12/15/05*
Lisa A. Krupicka
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5000
Attorneys for Defendant

Justin S. Gilbert
GILBERT & RUSSELL, P.C.
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
(731) 664-1340
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01123 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT